**Order entered April 9, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01476-CV

## IN THE INTEREST OF C.T.H. AND H.V.H., CHILDREN

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-07021**

## ORDER

Before the Court is appellee's April 7, 2020 amended second motion for an extension of time to file her brief on the merits. We **GRANT** the motion and extend the time to **May 4, 2020**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/    BILL WHITEHILL
       JUSTICE